IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL PETTENGER,<br>      Defendant. | 1:10-cr-00294-DAD<br><br><br><br>**ORDER REASSIGNING CASES FOR ALL PURPOSES** |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL ANTHONY PETTENGER,<br>      Defendant. | 1:20-cr-00139-NONE-SKO<br><br>**New Case Number:**<br>**1:20-cr-00139-DAD-BAM** |

Pusuant to the filing of the Notice of Related Cases in case numbers 1:10-cr-00294-DAD-BAM, and 1:20-cr-00139-NONE-SKO on August 21, 2020;

Case number 1:20-cr-00139-NONE-SKO is transferred to the docket of District Judge Dale A. Drozd and Magistrate Judge Barbara A. McAuliffe to effect a savings of judicial effort and judicial economy.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:20-cr-00139-DAD-BAM**

IT IS SO ORDERED.

Dated: __August 24, 2020__         _/s/ Dale A. Drozd_
                                                               UNITED STATES DISTRICT JUDGE