HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MICHAEL PETTENGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL PETTENGER,<br><br>Defendant. | Case No. 1:20-cr-00139-DAD-BAM<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING; ORDER**<br><br>Date:   April 6, 2021<br>Time:  9:30 a.m.<br>Judge: Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Michael Pettenger, that the evidentiary hearing currently scheduled for April 6, 2021, at 9:30 a.m. may be continued to April 13, 2021, at 9:30 a.m.

On March 1, 2021, this Court held a motion hearing in this matter with respect to the defense's motion to suppress filed on December 18, 2020. *See* Dkt. #31, Dkt. #22. At the conclusion of the hearing, the Court set an evidentiary hearing for April 6, 2021, at 9:30 a.m. *See* Dkt. #31. Following the March 1, 2021 motion hearing, defense counsel consulted with the defense expert in this matter, Arthur Hively, who indicated that he is not available on April 6, 2021, or any day that week, as he is scheduled to testify in a trial in another matter during that time. Mr. Hively did indicate that he would be available the following week. Defense counsel

has communicated this to government counsel, who has indicated that the government and its witness(es) are available on April 13, 2021. Accordingly, the parties request that the currently set April 6, 2021 evidentiary hearing be continued one week to April 13, 2021, to accommodate defense expert availability.

The parties agree that the delay resulting from the continuance to April 13, 2021, shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for the Court's consideration and disposition of the defense motion, pursuant to 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: March 5, 2021   */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 5, 2021   */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MICHAEL PETTENGER

# **O R D E R**

**IT IS SO ORDERED.** The evidentiary hearing currently scheduled for April 6, 2021, at 9:30 a.m. is hereby continued to April 13, 2021, at 9:30 a.m. The parties remain under the Court's previous order to advise the Court as to whether or not the evidentiary hearing is going forward and to disclose to the other side any witnesses they intend to call at the evidentiary hearing no later than a week before the April 13, 2021 hearing.

**IT IS FURTHER ORDERED THAT** the period of time from the date of the last court appearance through April 13, 2021, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) because it is attributable to a delay resulting from the filing of the defense motion and the time needed for the Court's consideration and disposition of the motion, and the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **March 5, 2021**

UNITED STATES DISTRICT JUDGE