1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MICHAEL PETTENGER
7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00139-DAD-BAM |
|---|---|
12 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |
13 | vs. | |
14 | MICHAEL PETTENGER, | |
15 | Defendant. | |

17        IT IS HEREBY STIPULATED, by and between the parties through their respective

18  counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Michael Pettenger, that the status conference

20  currently scheduled for May 12, 2021, at 1:00 p.m. may be continued to July 14, 2021, at 1:00

21  p.m.

22        The defense filed a motion to suppress in this matter on December 18, 2020. *See* Dkt.

23  #22. Following briefing from the parties, the district court held a hearing on the motion to

24  suppress on March 1, 2021. *See* Dkt. #31. At the conclusion of the hearing, the district court set

25  an evidentiary hearing for April 6, 2021, which was moved by the parties' stipulation to April

26  13, 2021. *See* Dkt. #31, 36. On April 1, 2021, a Superseding Indictment was issued in this case.

27  *See* Dkt. #37. On April 13, 2021, the district court granted the defense motion to suppress, *see*

| | |
|---|---|
| 1 | Dkt. #22, and, on motion from the government, dismissed the initial Indictment. *See* Dkt. #42. At |
| 2 | the time, the matter was set for a status conference on April 28, 2021, at 1:00 p.m. |

Since the issuance of the Superseding Indictment on April 1, 2021, the government has provided additional discovery in the matter. The defense requires additional time to review such discovery, consult with his client, and conduct further investigation. In addition, the government has provided a plea offer and defense counsel requires additional time to discuss this offer with his client.

The parties agree that the delay resulting from the continuance to July 14, 2021, shall be excluded in the interests of justice because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: May 7, 2021     */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 7, 2021     */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MICHAEL PETTENGER

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for May 12, 2021, at 1:00 p.m. is hereby continued to **July 14, 2021, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.**

**IT IS FURTHER ORDERED THAT** the period of time through July 14, 2021, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __May 7, 2021__  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE