| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
|   | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
|   | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
|   | MICHAEL PETTENGER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos.: 1:20-cr-00139-DAD-BAM; |
|   | 1:10-cr-00294-DAD |
| Plaintiff, |   |
|   | **STIPULATION TO CONTINUE** |
| vs. | **SENTENCING; ORDER** |
|   |   |
| MICHAEL PETTENGER, |   |
|   | Date:   March 14, 2022 |
| Defendant. | Time:   9:00 a.m. |
|   | Judge:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Michael Pettenger, that the sentencing hearing currently scheduled in the above-captioned matters for February 14, 2022, at 9:00 a.m., before the Honorable Dale A. Drozd, be continued to March 14, 2022, at 9:00 a.m.

On November 8, 2021, Mr. Pettenger entered a guilty plea to the sole charge in the Superseding Information filed in Case No. 1:20-cr-00139-DAD-BAM on November 3, 2021. *See* Dkt. #65, 67. At that time, the matter was set for sentencing on February 14, 2022. *See* Dkt. #67. The draft Presentence Investigation Report (PSR) was filed on December 21, 2021, and a final PSR and a final revised PSR were filed on January 24, 2022, and January 31, 2022, respectively. *See* Dkt. #72-73. Mr. Pettenger filed his formal objections to the PSR on January 31, 2022. *See*

Dkt. #74. Sentencing in the supervised release violation case, Case No. 1:10-cr-00294-DAD, has been trailing Case No. 1:20-cr-00139-DAD-BAM. *See* Case No. 1:10-cr-00294-DAD at Dkt. #77.

    The defense is requesting this continuance to obtain additional records and documents relevant for sentencing in this matter. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

                                                             Respectfully submitted,

                                                             PHILLIP A. TALBERT
United States Attorney

Date: February 4, 2022                     */s/ David Gappa*
                                                             DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

                                                             HEATHER E. WILLIAMS
Federal Defender

Date: February 4, 2022                     */s/ Reed Grantham*
                                                             REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MICHAEL PETTENGER

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearings for both Case No. 1:20-cr-00139-DAD-BAM and Case No. 1:10-cr-00294-DAD scheduled for Monday, February 14, 2022, at 9:00 a.m. be continued to Monday, March 14, 2022, at 9:00 a.m. before the Honorable Dale A. Drozd,

IT IS SO ORDERED.

Dated: **February 7, 2022**

UNITED STATES DISTRICT JUDGE