PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL ANTHONY PETTENGER,<br><br>  Defendant. | Case No. 1:20-CR-00139-DAD-BAM<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on November 12, 2021, this Court entered a Preliminary Order of Forfeiture forfeiting to the United States all right, title, and interest of defendant Michael Anthony Pettenger in the following property:

    a.    A Western Digital hard drive, serial number WCC6Y7HVRDVD and Model Number: WD10EZEX-08WN4AO seized by law enforcement on or about May 26, 2020;

AND WHEREAS, beginning on November 16, 2021, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

property and the time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed asset pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Michael Anthony Pettenger.

    7.    All right, title, and interest in the above-listed asset shall vest solely in the name of the United States of America.

    8.    The Federal Bureau of Investigation shall maintain custody of and control over the subject asset until it is disposed of according to law.

IT IS SO ORDERED.

Dated: __March 22, 2022__         _/s/ Dale A. Drozd_
                                              UNITED STATES DISTRICT JUDGE